IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CLARENCE BYRON CARTER, II,  )
                            )
    Petitioner,             )
                            )       CIVIL ACTION NO.
    v.                      )        2:09cv846-MHT
                            )            (WO)
UNITED STATES OF AMERICA,   )
                            )
    Respondent.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 18) is adopted.

(2) The 28 U.S.C. § 2255 petition for writ of habeas corpus (Doc. No. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 16th day of June, 2011.**

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**